## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

*Hick's Petroleum Distributors, Inc.*
Attn:   Mr. Paul Bentley
1710 Snows Mill Avenue
Northport, AL 35476


_____
Mary E. Augustine (No. 4477)

619621v1